## Appearance of Counsel

Appeal No.: **20-3556**

Case Title: **Tagnetics, Inc.** vs. **Kayser, et al.**

List all clients you represent in this appeal:

**Tagnetics, Inc.**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor          (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Stephen B. Stern**      Signature: s/

Firm Name: **Kagan Stern Marinello & Beard, LLC**

Business Address: **238 West Street**

City/State/Zip: **Annapolis, Maryland 21401**

Telephone Number (Area Code): **410-216-7900**

Email Address: **stern@kaganstern.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17